**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR280 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ARTURO SOBERANO,** | ) | |
| | ) | |
| Defendant. | ) | |

The Motion to Withdraw (Filing No. 16) is scheduled for hearing before the undersigned magistrate judge at **11:00 a.m. on September 12, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 8th day of September, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge