IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR280 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARTURO SOBERANO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Arturo Soberano (Soberano) (Filing No. 29). Soberano seeks a continuance of the trial of this matter which is scheduled for January 8, 2007. Soberano's counsel represents that counsel for the government has no objection to the motion. Soberano's counsel represents that Soberano consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Soberano's motion to continue trial (Filing No. 29) is granted to the extent set forth below.

2. Trial of this matter is re-scheduled for **March 19, 2007,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 4, 2007 and March 19, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 4th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge