IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR280 |
| | ) | |
| v. | ) | |
| | ) | |
| ARTURO SOBERANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the government's Motion to Withdraw Document (Filing No. 43) is granted. Filing No. 40, the government's Motion for Preliminary Order of Forfeiture, is hereby withdrawn.

DATED this 23rd day of April, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge